RECEIVED
IN MONROE, LA

JUN 1 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **BRUCE CHAMBERS** | * | **CIVIL ACTION NO. 05-1838** |
| **VERSUS** | * | **JUDGE JAMES** |
| **MAXIE MAYO and MAYO AND SONS FUEL AND ELECTRIC** | * | **MAGISTRATE JUDGE HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed, and finding that same is supported by the law and the record

in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's motion

to dismiss for lack of subject matter jurisdiction (Document No. 10) is hereby **GRANTED and**

**this matter DISMISSED without prejudice.**

THUS DONE AND SIGNED this _12_ day of ___June___, 2006, in

Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION